## Commonwealth *v.* Sanders, Appellant.

Submitted December 12, 1966. *Edward Sanders,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.